

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 3:15-CR-147

JOHN JOSEPH MIKASHUS                        18 U.S.C. § 471
                                                            18 U.S.C. § 472

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

On or about October 15, 2015, in the Northern District of Mississippi and elsewhere, JOHN JOSEPH MIKASHUS, defendant, did knowingly, with intent to defraud, falsely make, forge, counterfeit and alter obligations and other securities of the United States, to wit: Federal Reserve Notes, in violation of Title 18, United States Code, Section 471.

### COUNT TWO

On or about October 21, 2015, in the Northern District of Mississippi and elsewhere, JOHN JOSEPH MIKASHUS, defendant, did knowingly and intentionally, with intent to defraud, pass, utter, and publish, and attempt to pass, utter, and publish, at Eagle Fast Stop Too, located in New Albany, Mississippi, one or more falsely made, forged, counterfeited and altered obligations and other securities of the United States, to wit: Federal Reserve Notes, in violation of Title 18, United States Code, Section 472.

### FORFEITURE NOTICE

The allegations contained in Counts One through Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses in violation of 18 U.S.C. §§ 471 and 472 set forth in Counts One through Two of this Indictment, defendant JOHN JOSEPH MIKASHUS shall forfeit to the United States pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c) all counterfeit Federal Reserve Notes of the United States and any articles, devices, and other things possessed or used in violation of 18 U.S.C. §§ 471 and 472, including any material or apparatus used or intended to be used in the making of such counterfeit Federal Reserve Notes. The property to be forfeited includes, but is not limited to, the following:

HP Officejet 4500 Wireless All-In-One printer, Serial number: CN033H514K;

Dell Latitude E5540 Laptop Computer (no serial number), Amazon Fulfillment Services sticker #100653 on bottom of machine.

If any of the forfeitable property described above, as a result of any act or omission of the defendant(s):

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), incorporated by 28 U.S.C. § 2461(c).

All pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c).

|  | A TRUE BILL |
|---|---|
| [signature] | /s/ Signature Redacted |
| UNITED STATES ATTORNEY | FOREPERSON |